IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Green, Cynthia A | Case Number: 08 B 01450 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 1/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 29, 2009
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,980.00 | |
| Secured: | | 828.88 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,024.83 |
| Trustee Fee: | | 126.29 |
| Other Funds: | | 0.00 |
| Totals: | 1,980.00 | 1,980.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,362.34 | 1,024.83 |
| 2. | Credit Acceptance Corp | Secured | 2,951.65 | 828.88 |
| 3. | Nicor Gas | Unsecured | 259.05 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 5. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 6. | ADT Security Systems | Unsecured | | No Claim Filed |
| 7. | Comcast | Unsecured | | No Claim Filed |
| 8. | Illinois Indiana Emergency Medical | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Daily Southtown | Unsecured | | No Claim Filed |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Echo | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Olympia Fields Dental Group | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | St James & St Margaret Mercy | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | St James & St Margaret Mercy | Unsecured | | No Claim Filed |
| | | | $ 6,573.04 | $ 1,853.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Cynthia A

Printed: 03/17/09

Case Number: 08 B 01450
Judge: Wedoff, Eugene R
Filed: 1/23/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.83 |
| 6.5% | 114.46 |
|  | $ 126.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*